UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JESSICA LUCAS and
MICHAEL LUCAS,

    *Plaintiffs,*

v.

AMERICAN BANKERS
INSURANCE COMPANY OF
FLORIDA,

    *Defendant.*

_____/

Case No.
Hon.

# COMPLAINT

COMES NOW the Plaintiffs, JESSICA LUCAS and MICHAEL LUCAS ("Plaintiffs"), by and through undersigned counsel and hereby files their Complaint against the Defendant, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA ("Defendant"), a Florida for-profit corporation, and as grounds therefore state as follows:

## JURISDICTION AND VENUE

1. At all times material hereto, the Plaintiffs were the owner of the subject Property located at 1400 Marlin Dr., Naples, Florida 34102-2502 (hereinafter "Property"), and are otherwise *sui juris*.

2. At all times material hereto, the Defendant was a Florida for-profit insurance company authorized to do business in the State of Florida and doing business in Collier County, Florida.

3. At all times material hereto, the Defendant was a participant in the Write-Your-Own Program under the National Flood Insurance Program ("NFIP").

4. At all times material hereto, Plaintiffs maintained a Standard Flood Insurance Policy with Defendant bearing Policy # 7407087029 which is identical to the NFIP Policy Number (the "Policy")

5. The Policy is governed by the National Flood Insurance Act, 42 U.S.C.S. § 4001 et seq. (1994) ("NFIA").

6. The NIFA grants exclusive jurisdiction to the federal courts to hear claims arising out of NFIA flood insurance policies; as such jurisdiction and venue are proper in this Court.

## **GENERAL ALLEGATIONS**

7. Plaintiffs are the owners of real and personal property located at the Property.

8. At all times material hereto, Plaintiffs maintained the Policy covering the Property.

9. The Policy was issued by Defendant.

10. A copy of the declarations page for the Policy is attached as **Exhibit A**.

11. Defendant is already in possession of a full copy of the Policy and is expected to produce a full certified copy of the Policy to Plaintiffs during discovery.

12. The Director of the Federal Emergency Management Agency ("FEMA") is statutorily authorized to promulgate regulations for the adjustment and payment of covered flood losses. 42 U.S.C. § 4019. The FEMA director has put in place regulations regarding adjustment and payment of flood losses and those regulations are incorporated into the Policy by operation of law.

13. On or about September 29, 2022, Plaintiffs suffered flood damage to the Property from Hurricane Ian.

14. The flood damage suffered was a covered loss under the Policy.

15. Plaintiffs duly reported the loss to Defendant.

16. Defendant assigned an adjuster to investigate the loss.

17. Defendant assigned Claim Number 7407087029202209282002 to the loss (the "Claim").

18. Defendant opened coverage and issued payment for the Claim.

19. However, Defendant has failed and refused to provide the full benefits due for the Claim.

20. Defendant has failed and refused to provide the full coverage due for the Claim.

21. All conditions precedent to obtaining coverage for the loss have been complied with, met, or waived.

## **BREACH OF CONTRACT**

22. Plaintiffs readopt and reallege Paragraphs 1 through 20 above as though fully set forth herein.

23. Plaintiffs and Defendant are parties to a valid and binding contract of insurance which requires Defendant to provide benefits to the Plaintiffs in the event of a covered loss to the Property.

24. Plaintiffs have suffered a covered loss under the Policy.

25. Defendant has denied the full benefits and coverage due for Plaintiffs' loss.

26. Defendant breached the Policy by denying the full benefits to which the Plaintiffs are entitled for the loss.

27. Defendant breached the Policy by denying the full coverage due to which the Plaintiffs are entitled for the loss.

28. Plaintiffs have been damaged by Defendant's breach of the Policy.

29. Plaintiffs are entitled to compensation for Defendant's breach of the Policy.

30. Plaintiffs seek and are entitled to all available damages pursuant to the NFIA and applicable authority.

WHEREFORE, Plaintiffs, JESSICA LUCAS and MICHAEL LUCAS, demand judgment against the Defendant, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, for all damages to which Plaintiffs are entitled under Federal Law and the Policy.

## **DEMAND FOR JURY TRIAL**

The Plaintiffs further demand a trial by jury of all issues so triable as a matter of right.

Dated this 22nd day of November, 2023.

>HOLMES FRASER, P.A.
>Counsel for Plaintiffs
>711 5th Avenue South, Suite 200
>Naples, Florida 34102
>Tel. (239) 228-7280/Fax. (239) 790-5766
>
>/s/ *Daniel P. Fraser*
>Daniel P. Fraser, Esq.
>Florida Bar No.: 98406
>Email: danfraser@holmesfraser.com
>Secondary: service@holmesfraser.com